UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**DEBORAH LAUFER, Individually,** :
:
**Plaintiff,** :
:
v. : Case No. 3:20-cv-03199
:
**NORTHFIELD CENTER, INC. d/b/a** :
**NORTHFIELD INN CONFERENCE** :
**CENTER , a Domestic Corporation,** :
:
**Defendant.** :
_____/ :

## STIPULATION OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

The parties further request that the Court retain jurisdiction to enforce the settlement agreement.

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| */s/ Kimberly A. Corkill* | */s/ Jeffery M. Wilday* |
| Kimberly A. Corkill, Of Counsel | Jeffery M. Wilday |
| Thomas B. Bacon, P.A. | Registration No. 3015483 |
| 644 North Mc Donald St. | Brown, Hay & Stephens, LLP |
| Mt. Dora, FL 32757 | 205 S. 5th Street, Suite 1000 |
| ph. (954) 478-7811 | Springfield, IL 62701 |
| kimberlyatlaw@gmail.com | (217) 544-8491 |
| Florida Bar. Id. No. 84942 | Fax: (217) 544-9609 |
| *Attorneys for Plaintiff* | jwilday@bhslaw.com |
| | lbuerkett@bhslaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that November 18, 2020, I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

/s/*Kimberly A. Corkill*
 Attorney