UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**DEBORAH LAUFER, Individually,** :
:
**Plaintiff,** :
:
v. : Case No. 3:20-cv-03199
:
**NORTHFIELD CENTER, INC. d/b/a** :
**NORTHFIELD INN CONFERENCE** :
**CENTER , a Domestic Corporation,** :
:
**Defendant.** :
_____/ :

**STIPULATION OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE**

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

FOR PLAINTIFF:
/s/ *Kimberly A. Corkill*
Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942
*Attorneys for Plaintiff*

FOR DEFENDANT:
/s/ *Jeffery M. Wilday*
Jeffery M. Wilday
Registration No. 3015483
Brown, Hay & Stephens, LLP
205 S. 5th Street, Suite 1000
Springfield, IL 62701
(217) 544-8491
Fax: (217) 544-9609
jwilday@bhslaw.com
lbuerkett@bhslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that November 24, 2020, I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

/s/*Kimberly A. Corkill*
Attorney